AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Unified Messaging Solutions LLC )
)
*Plaintiff* )
v. ) Civil Action No. **12 CIV 3618**
The Vanguard Group, Inc., et al. )
)
*Defendant* )

JUDGE DANIELS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Vanguard Group, Inc.
c/o The Company Corporation, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hays LLP
112 Madison Avenue
New York, NY 10016-7416

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: MAY 07 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  12 CIV 3618

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The Vanguard Group, Inc.
was received by me on *(date)*  05/22/2012  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sue Rhea, Managing Agent  , who is designated by law to accept service of process on behalf of *(name of organization)*  The Vanguard Group, Inc.
@ The Company Corp., Registered Agent  on *(date)*  05/22/2012  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/23/2012

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

CSI Global Deposition Services
4950 North O'Connor Road
Irving, TX  75062-2778
*Server's address*

Additional information regarding attempted service, etc:

Service was made on 5/22/2012 at 2:40 PM, at The Company Corporation, 2711 Centerville Rd. # 400, Wilmington, DE 19808.

Documents Served:  Summons in a Civil Action; Complaint; Exhibit Az: Standing Order; Innitial Conference Order; and PHV Motion -UMS v Vanguard