

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
UNIFIED MESSAGING SOLUTIONS LLC, :

        Plaintiff,     :   INDEX NO. 1:12-cv-03618-GBD

v.     :   **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

THE VANGUARD GROUP, INC and : 
THE VANGUARD MARKETING
CORPORATION     :

        Defendants.     :
------------------------------------- X

        **IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through the undersigned counsel, that:

    1.   Plaintiff Unified Messaging Solutions LLC ("UMS") filed a Summons and Complaint (Dkt. No. 1) in this action on May 7, 2012, and served Defendants The Vanguard Group, Inc. and The Vanguard Marketing Corporation ("Defendants") with a copy of the Summons and Complaint on May 22, 2012.

    2.   The time for Defendants to answer or otherwise respond to the Complaint is currently June 12, 2012.

    3.   The undersigned counsel for Defendants filed a notice of appearance on June 8, 2012.

    4.   The parties agree and stipulate that the time for Defendants to answer or otherwise respond to the Complaint shall be extended through July 12, 2012.

    5.   No prior adjournment or extension of Defendants' time to answer or otherwise respond to the Complaint has been requested or granted. The requested extension will not affect any other scheduled dates in this case.

33668-0176/LEGAL22343937.1

Dated: New York, New York
       June 11, 2012

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYS LLP

*/s/ Steven M. Hayes*

Steven M. Hayes
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6400 main
(212) 213-5949 fax
shayes@hanlyconroy.com

*Attorneys for Plaintiff*

PERKINS COIE LLP

*/s/ Dennis Hopkins*

Dennis Hopkins, Bar No. DH3767
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
(212) 262-6916 tel
(212) 977-1671 fax
dhopkins@perkinscoie.com

Howard Ross Cabot, Bar No. 5019443
*(petition for admission to be filed)*
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
hcabot@perkinscoie.com
(602) 351-8000 (tel)
(602) 648-7135 (fax)

*Attorneys for Defendants*

JUN 12 2012

SO ORDERED:

*/s/ George B. Daniels*

United States District Judge
HON. GEORGE B. DANIELS

Dated: New York, New York

_____, 2012

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I caused copies of the foregoing Stipulation and Order To Extend time to Respond to Complaint to be sent via U.S. Mail and e-mail to the following addresses:

Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6400 main
(212) 213-5949 fax
shayes@hanlyconroy.com

Edward R. Nelson, III
Nelson Bumgardner, Casto, P.C.
3131 W. 7th Street, Suite 300
Fort Worth, TX 76107
Tel: 817-377-9111
Fax: 817-377-3485
enelson@nbclaw.net

By: _____
Dennis C. Hopkins
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
(212)262-6900 main
(212) 977-1671 fax
dhopkins@perkinscoie.com

33668-0176/LEGAL22343937.1