# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC<br>PATENT LITIGATION | MDL No. 2371 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –1)

On August 3, 2012, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Joan Humphrey Lefkow.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Lefkow.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 3, 2012, and, with the consent of that court, assigned to the Honorable Joan Humphrey Lefkow.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: UNIFIED MESSAGING SOLUTIONS LLC
PATENT LITIGATION**   MDL No. 2371

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 12−00750 | Unified Messaging Solutions LLC v. Doostang Inc. |
| DE | 1 | 12−00751 | Unified Messaging Solutions LLC v. Symbios Solutions Ltd. |
| DE | 1 | 12−00752 | Unified Messaging Solutions LLC v. Up and Doing Ltd. |
| DE | 1 | 12−00753 | Unified Messaging Solutions LLC v. WeeWorld Inc. |
| DE | 1 | 12−00754 | Unified Messaging Solutions LLC v. Where Are You Now Ltd. |
| DE | 1 | 12−00755 | Unified Messaging Solutions LLC v. Xing AG |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 12−22259 | Unified Messaging Solutions, LLC v. Avalanche, LLC |
| FLS | 1 | 12−22326 | Unified Messaging Solutions, LLC v. ShawGuides Inc. |
| FLS | 9 | 12−80670 | Unified Messaging Solutions, LLC v. Multiply, Inc. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 12−03617 | Unified Messaging Solutions LLC v. Morgan Stanley et al |
| NYS | 1 | 12−03618 | Unified Messaging Solutions LLC v. The Vanguard Group, Inc. et al |
| NYS | 1 | 12−03619 | Unified Messaging Solutions LLC v. The Bank of New York Mellon Corporation et al |
| NYS | 1 | 12−03829 | Unified Messaging Solutions, LLC v. Etsy, Inc. |
| NYS | 1 | 12−03875 | Unified Messaging Solutions, LLC v. HSBC North America Holdings Inc. et al |
| NYS | 1 | 12−04413 | Unified Messaging Solutions, LLC v. Sportsvite, LLC |
| NYS | 1 | 12−04414 | Unified Messaging Solutions, LLC v. CMI Marketing, Inc. |
| NYS | 1 | 12−04416 | Unified Messaging Solutions, LLC v. Radio One, Inc. |
| TEXAS EASTERN | | | |

| | | | |
|---|---|---|---|
| TXE | 6 | 12–00288 | Unified Messaging Solutions LLC v. Avid Life Media, Inc. |
| TXE | 6 | 12–00289 | Unified Messaging Solutions LLC v. Plentyoffish Media, Inc. |
| TXE | 6 | 12–00290 | Unified Messaging Solutions LLC v. Cupid, PLC |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 12–00553 | Unified Messaging Solutions, LLC v. HomeAway, Inc. |

Case: 12-cv-03371 Document 1624 Filed 08/16/12 Page 3 of 3